1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10                              FRESNO DIVISION

11

12   LARRY DONNELL BOGARD,                    1:08-cv-01157-SMS (PC)

13          Plaintiff,                        **ORDER GRANTING APPLICATION TO**
                                              **PROCEED IN FORMA PAUPERIS**
14   v.                                                      and

15   JESSIE BERNAL,                           **ORDER DIRECTING PAYMENT**
                                              **OF INMATE FILING FEE BY**
16          Defendants.                       **FCI BIG SPRING**

17   _____/

18          Plaintiff is a federal prisoner proceeding pro se pursuant to 403 U.S. 388 (1971) and has

19   requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has made the

20   showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be

21   granted.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C.

22   § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty percent of

23   the preceding month's income credited to plaintiff's trust account.  FCI Big Spring is required to

24   send to the Clerk of the Court payments from plaintiff's account each time the amount in the account

25   exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

26          In accordance with the above and good cause appearing therefore, IT IS HEREBY

27   ORDERED that:

28                1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

                                              -1-

1       **2.  The Warden of FCI Big Spring or his designee shall collect payments from**

2 **plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding**

3 **month's income credited to the prisoner's trust account and shall forward those payments to**

4 **the Clerk of the Court each time the amount in the account exceeds $10.00,  in accordance with**

5 **28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of**

6 **the Court.  The payments shall be clearly identified by the name and number assigned to this**

7 **action.**

8       3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

9 plaintiff's in forma pauperis application on the **Warden of FCI Big Spring, Federal Correctional**

10 **Institution, 1900 Simler Avenue, Big Spring, TX 79720**.

11       4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

12 Department, U.S.  District Court, Eastern District of California, Fresno Division.

13 IT IS SO ORDERED.

14 **Dated:    August 14, 2008**             **/s/ Sandra M. Snyder**
                                           UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28