# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY DONNELL BOGARD, | ) | Civil No. 08cv1157 MJL (NLS) |
| Plaintiff, | ) | |
| v. | ) | **SCHEDULING ORDER REGARDING DEFENDANT'S MOTION TO DISMISS** |
| MR. JESSIE BERNAL, | ) | |
| Defendant. | ) | |

Defendant Bernal filed a motion to dismiss the complaint. District Judge Lorenz shall hear the motion to dismiss. The Court sets the following schedule regarding briefing for the motion to dismiss.

1. Plaintiff Bogard shall file an opposition to the motion to dismiss by **August 14, 2009**.

2. Defendant Bernal may file a reply in support of the motion by **August 21, 2009**.

The Court will take the motion to dismiss under submission. No oral argument will be held, unless otherwise ordered.

**IT IS SO ORDERED.**

DATED: June 10, 2009

*/s/ Nita L. Stormes*
Hon. Nita L. Stormes
U.S. Magistrate Judge